**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CHARGE LION, LLC | § § § | |
| Plaintiff, | § § | Case No. 6:12-cv-00769 |
| v. | § § | JURY TRIAL DEMANDED |
| SEMTECH CORPORATION, | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF VINAY V. JOSHI

Notice is hereby given that the undersigned attorney, Vinay V. Joshi, enters his appearance in this matter as the lead counsel of record for Defendant, Semtech Corporation, for the purpose of receiving notices and orders from the Court.

Date: December 3, 2012

Respectfully submitted,

By: /s/ *Vinay V. Joshi*
Vinay V. Joshi
TUROCY & WATSON LLP
560 S Winchester Blvd. #500
San Jose, CA 95128-2500
Telephone: 650-618-6481
Facsimile: 216-696-8731
Email: vjoshi@turocywatson.com

*Counsel for Defendant Semtech Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronics means.

/s/ *Vinay V. Joshi*
Vinay V. Joshi