**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SEMTECH CORPORATION,**<br><br>　　　　　　　　Defendant. | **Civil Action No. 6:12-cv-769**<br><br>**JURY TRIAL DEMANDED** |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which Charge Lion LLC ("Charge Lion" or "Plaintiff") makes the following allegations against Semtech Corporation ("Semtech" or "Defendant"):

## PARTIES

1.　Charge Lion is a Texas limited liability company having a principal place of business at 2500 Dallas Pkwy, Ste. 260, Plano, Texas 75093.

2.　On information and belief, Semtech is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 200 Flynn Road, Camarillo, California 93012.  Semtech may be served via its registered agent for service of process: United States Corporation Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

## JURISDICATION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this district, and has committed acts of patent infringement in this district.

5. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statue, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 5,543,702

6. Plaintiff is the owner by assignment of United States Patent No. 5,543,702 ("the '702 Patent") entitled "Alkaline Battery Charging Method and Battery Charger." The '702 Patent issued on August 6, 1996. A true and correct copy of the '702 Patent is attached as Exhibit A.

7. Upon information and belief, Defendant has been and is now infringing the '702 Patent in the State of Texas, in this judicial district, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, importing, providing, supplying, distributing, selling, and/or offering for sale apparatuses and systems and providing

methods practiced in Defendant's various battery charger and/or battery charger controller IC products (including, without limitation, model numbers SC802, SC802A, SC803, SC805, SC805A, SC806, SC810, SC811, SC813, SC820, and SC824), covered by one or more claims of the '702 Patent to the injury of Charge Lion. Defendant is directly infringing, literally infringing, and/or infringing the '702 Patent under the doctrine of equivalents. Defendant is thus liable for infringement of the '702 Patent pursuant to 35 U.S.C. § 271.

8. On information and belief, to the extent any marking was required by 35 U.S.C. §287, all predecessors in interest to the '702 Patent complied with any such requirements.

9. As a result of Defendant's infringement of the '702 Patent, Plaintiff has suffered monetary damages and is entitled to a money judgment in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the court, and Plaintiff will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

10. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, representatives, affiliates, and all others acting on in active concert therewith from infringing the '702 Patent, Plaintiff will be greatly and irreparably harmed.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that Defendant has infringed the '702 Patent;

2. A permanent injunction enjoining Defendant and its officers, directors, agents servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in

active concert therewith from infringement of the '702 Patent, or such other equitable relief the Court determines is warranted;

      3.      A judgment and order requiring Defendant pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '702 Patent as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement;

      4.      Any and all other relief, at law or equity, to which Plaintiff may show itself to be entitled.

## **DEMAND FOR JURY TRIAL**

Charge Lion, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED March 8, 2013.    Respectfully submitted,

By: \s\ *Timothy Wang*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Associates, PLLC**
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF CHARGE LION LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Timothy Wang*
Timothy Wang