**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHARGE LION LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 6:12-CV-00769-LED-JDL <br> LEAD CASE |

## ORDER OF DISMISSAL OF SEMTECH CORPORATION

In light of the Stipulation of Dismissal filed by Plaintiff Charge Lion LLC ("Charge Lion") and Defendant Semtech Corporation ("Semtech"), the Court HEREBY ORDERS as follows:

1. Charge Lion's claims against Semtech are hereby dismissed with prejudice.

2. Semtech's claims against Charge Lion are hereby dismissed with prejudice.

3. Charge Lion and Semtech shall each bear their own attorney fees and costs incurred in connection with this action.

**So ORDERED and SIGNED this 10th day of October, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE